AMOS D. BRIDGE'S SONS, INCORPORATED, Appellant, *v.*
THE STATE OF NEW YORK, Respondent.

*Corporations — contract — claim of foreign corporation for damages in*
*connection with contract entered into by it to construct state highway —*
*dismissed where it appears corporation had not complied with require-*
*ments of section 15 of General Corporation Law.*

*Bridge's Sons, Inc., v. State of New York*, 188 App. Div. 500, affirmed.
(Argued March 15, 1921; decided April 19, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 22, 1919, unanimously affirming a judgment in favor of defendant entered upon a dismissal by the Court of Claims of the plaintiff's claim. Claimant, a foreign corporation, under a contract with the state of New York constructed a certain state highway. The claim herein was for damages due to alleged delay. At the opening of the trial it appeared that claimant had not procured a certificate from the secretary of state that it had complied with the requirements of section 15 of the General Corporation Law to authorize it to do business in this state, and the claim was thereupon dismissed.

*Charles B. Sullivan* for appellant.

*Charles D. Newton*, Attorney-General (*Carey D. Davie* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO and McLAUGHLIN, JJ. Dissenting: POUND and CRANE, JJ. Not voting: HISCOCK, Ch. J.